**Order entered January 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01442-CV

### CAPITAL ONE, N.A., Appellant

### V.

### STANLEY C. HADDOCK, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-13162**

## ORDER

By postcard dated December 9, 2014, we notified Court Reporter Renee Drake that the reporter's record in this case was overdue. We directed Ms. Drake to file the reporter's record within thirty days. To date, Ms. Drake has not responded. Appellant's docketing statement shows appellant requested the reporter's record on November 6, 2014, and states that payment arrangements were made.

Accordingly, we **ORDER** Court Reporter Renee Drake to file the reporter's record within **THIRTY DAYS** of the date of this Order.

/s/    CRAIG STODDART
JUSTICE